IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD ROBERTS
**Plaintiff**

v.    Case No. JKB-09-3268

JEFFREY FILLMORE
**Defendant**           \*\*\*\*\*\*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 9th day of March, 2012,

**ORDERED**,

1.  Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2.  Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

James K. Bredar
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)